David SCHOALES, Appellant v. DEPT. OF EMPLOYMENT SECURITY, No. 147-76

March 11, 1977. Appeal dismissed for lack of progress.

STATE of Vermont v. Raymond COLEHAMER, Appellant, No. 233-75

March 11, 1977. Appeal dismissed effective March 21, 1977, for failure to comply with progress order of February 3, 1977.

FIRST NATIONAL BANK OF ORWELL v. L. Paul DIEF-FENBACH, JR., Petitioner v. Attorney General of Vermont, No. 102-77

March 29, 1977. The Petition for Ex Parte Restraining Order is denied.

The Application for Relief Under V.R.A.P. 21 is denied.

The Clerk of the Addison Superior Court is directed to file petitioner-defendant's "Second Notice of Appeal" dated February 7, 1977, as of that date, upon receipt of the filing fee, without prejudice to any future motions to dismiss on any appropriate ground. Filing of this notice of appeal does not operate as a stay.

AUDIO-VIDEO CORPORATION v. ROYALTON COLLEGE, INC. and Anthony Doria, No. 325-75

March 30, 1977. Appeal dismissed for lack of compliance with Progress Order of November 8, 1976.

STATE of Vermont, Plaintiff/appellant v. James Burnett Mackey LAING, Defendant/appellee, and Duncan Frey Kilmartin, Trustee, No. 57-77

April 6, 1977. Order. In consideration of the parties' joint motion for a continuance of this interlocutory appeal and a remand of the principal case to the Washington Superior Court for a determination of the pending motion to dismiss, and it appearing to the court that such procedure will serve the best interests of the parties and of judicial economy,

It is hereby ordered, that the interlocutory appeal be continued and the principal case remanded to the Superior Court for hearing and decision on the pending motion to dismiss; that the time periods specified in the Vermont Rules of Appellate Procedure for the filing of any appellate documents or pleadings be tolled until the Superior Court has issued its decision on the motion to dismiss; and that the stay of the Superior Court's order of December 3, 1976 remain in effect until further order of the Court.

Dated in Montpelier, Vermont, this 5th day of April, 1977.

STATE of Vermont v. Anthony N. DORIA, No. 185-74

April 6, 1977. Motion to continue oral argument to June term denied.